UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 07-01328 (RMC) |
| ) | |
| v. ) | |
| ) | |
| ALL PROPERTY IN/UNDERLYING ) | |
| E-GOLD ACCOUNT NUMBERS: ) | |
| ) | |
| 2447285, ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 26th day of June, 2008, that I am the attorney of record for the plaintiff in the above-entitled case, and that the *in rem* defendant property, described as:

**All property in/underlying e-gold account numbers: 2447285,**

was personally served with process on August 31, 2007.[1]

I further certify that notice of this action has been provided to all known and unknown

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the custodian of the *in rem* defendant property on August 31, 2007. See Document No. 3, EFC system.

interested parties by means of electronic mail[2] and by publication.[3]

I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant property in this case; no pleading on behalf of the defendant property has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the defendant property is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant property.

/s/
WILLIAM R. COWDEN, D.C. Bar # 426301
Assistant United States Attorney
U.S. Attorney's Office, Criminal Division
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 307-0258
william.cowden@usdoj.gov

---

[2] A Notice of Forfeiture (with copies of the Complaint and the Warrant of Arrest *In Rem*) were sent to all known interested parties, via electronic mail, to the internet address(es) that putative claimant(s) provided to the e-Gold operation (the money-transmitting operation from which the defendant property was seized) when the e-gold "accounts" at issue here were opened within the e-Gold system. Additionally, service of paper documents by mail was attempted (in all of the related civil forfeiture cases) whenever an apparently complete address had been provided to the operators of the e-Gold system. But, in most cases, some of the mailed documents were returned as undeliverable.

[3] A notice of seizure/forfeiture was published on April 8th, April 15th and April 22nd of 2008 in THE WALL STREET JOURNAL.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against *in rem* defendant property was sent by electronic email to the known internet e-mail address(es) that putative claimant(s) provided to the e-Gold money-transmitting operation, and by mail to known addresses where those addresses were provided to the e-Gold operation.

      /s/
WILLIAM R. COWDEN
Assistant United States Attorney
U.S. Attorney's Office, Criminal Division
555 Fourth St., N.W.
Washington, D.C.  20530