Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    Plaintiff(s)

v.

Civil Action No. 07-1328 (RMC)

ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBER 2447285

    Defendant(s)

RE: ALL PROPERTY IN/UNDERLYING E-GOLD ACCOUNT NUMBER 2447285

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✳ and copy of the complaint on August 31, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 1st day of July, 2008 declared that defendant(s) is/are in default.

✳ a Warrant of Arrest in Rem

NANCY MAYER-WHITTINGTON, Clerk

By: T. Gumiel
    Deputy Clerk